UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHAEL SWIDLER, and**
**JILL SWIDLER,** on behalf of
themselves and all others similarly
situated,

**CLASS REPRESENTATION**

CASE NO.: 5:09-cv-181-oc-10GRJ

    **Plaintiffs,**

vs.

**GEORGIA-PACIFIC GYPSUM, L.L.C.**
a Delaware Limited Liability Company,
**GEORGIA-PACIFIC CANADA, INC.,**
a Foreign Corporation,
**84 LUMBER COMPANY, L.P.,**
a Pennsylvania Corporation, and
JOHN DOE DEFENDANTS 1-50,

    **Defendants.**
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
A SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiffs, MICHAEL and JILL SWIDLER, by and through their undersigned Counsel, hereby move this Court for leave to file a Second Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and in support thereof state as follows:

1.    On or about May 4, 2009, Plaintiffs served the initial Class Action Complaint on Defendants, 84 Lumber Company, L.P and Georgia-Pacific Gypsum, LLC

2.    On or about August 31, 2009, Plaintiffs filed their First Amended Class Action Complaint against Georgia-Pacific Gypsum, LLC, Georgia-Pacific Canada, Inc., and 84 Lumber Company, L.P.

3. On or about September 10, 2009 both Defendants requested and obtained an extension of time up to and through September 30, 2009 for responding to the Amended Complaint.

4. On September 29, 2009, Defendant 84 Lumber Company, L.P. filed a Motion to Dismiss and/or Abate the Amended Complaint.

5. On September 30, 2009, Defendant Georgia-Pacific Gypsum LLC filed an Answer to the First Amended Class Action Complaint.

6. In its Answer, Defendant Georgia-Pacific Gypsum LLC stated, among other things, that Plaintiffs had not correctly identified Georgia Pacific's Canadian entity.

7. In addition, in its Motion to Dismiss, Defendant 84 Lumber Company, L.P. argued that the First Amended Class Action Complaint did not adequately identify a regulation or statute that allegedly had been violated so as to provide adequate notice of the negligence per se claim alleged in Count I of the Amended Complaint.

8. As a result, Plaintiffs propose to file and hereby request leave to file a Second Amended Class Action Complaint to address, among other things, the deficiencies asserted by Defendants. In the proposed amended pleading, which is attached hereto for lodging with the Court, Plaintiffs add one additional Georgia-Pacific entity as a party Defendant; correct the name of the Canadian Georgia-Pacific company Defendant; delete the negligence per se claim; expand on allegations relating to strict product liability and breach of implied warranty, and clarify that the breach of warranty claim is also asserted against the Georgia-Pacific entities.

9. Defendant 84 Lumber Company, L.P. has agreed not to oppose the filing of the proposed Second Amended Class Action Complaint, and, pursuant to Rule

15(a)(2), has consented thereto without prejudice to its right to file a renewed Motion to Dismiss And/Or Abate.

10. Georgia-Pacific Gypsum, LLC has stated that it opposes the filing of a Second Amended Class Action Complaint by Plaintiffs.

11. Because Georgia-Pacific Canada, Inc. was not served with the Second Amended Class Action Complaint due to the name change, they have neither agreed nor objected to this motion.

12. Rule 15(a)(2) provides that "The court should freely give leave [to amend] when justice so requires." Plaintiffs respectfully submit that the proposed amendments can be argued to be – and Defendants have stated that they will so argue - legally required, have been communicated in advance to Defendants, have been proposed expeditiously and without ulterior purpose, and will materially advance the ultimate resolution of the matter on the merits. Doing so will avoid unnecessary motion practice and thereby conserve the resources of the Parties and the Court. As a result, justice so requires leave to amend.

13. Because the proposed Second Amended Class Action Complaint satisfies the terms of Rule 15(a)(2), Plaintiffs respectfully request an order granting leave to amend.

### Rule 3.01(g) Certification

14. Counsel for Plaintiffs have contacted Counsel for Defendant, 84 Lumber Company, LP regarding the relief sought in this motion and have been authorized to state that Defense Counsel for 84 Lumber Company, S. Manoj Jegasothy, has no objection to the relief sought herein.

15. Counsel for Plaintiffs have contacted Counsel for Georgia-Pacific Gypsum, LLC regarding the relief sought in the motion and have been advised that Georgia-Pacific, Gypsum, LLC objects to the relief sought herein.

**WHEREFORE,** Plaintiffs respectfully request an Order from this Court granting leave to file a Second Amended Class Action Complaint without prejudice to Defendants filing of renewed motions to dismiss and/or abate after the Second Amended Class Action Complaint is docketed.

Dated: November 6, 2009.               Respectfully submitted,

/s Brian W. Warwick
BRIAN W. WARWICK
Florida Bar No. 0605573
JANET R. VARNELL
Florida Bar No. 0071072
**VARNELL & WARWICK, P. A.**
20 La Grande Boulevard
The Villages, FL 32159
Phone: (352) 753-8600
Fax:   (352) 753-8606
bwwarwick@aol.com

Seth Lesser, Esquire
**KLAFTER OLSEN & LESSER LLP**
Two International Drive, Suite 350
Rye Brook, New York 10574
Phone: (914) 934-9200
seth@klafterolsen.com

Michael D. Donovan, Esquire
**DONOVAN SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Phone: (215) 732-6067
mdonovan@donovansearles.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and that a true and correct copy of the foregoing has been furnished via electronic mail, to:

Adam L. Hoeflich    adam.hoeflich@bartlit-beck.com

Andrew C. Baak    andrew.baak@bartlit-beck.com

Carolyn J. Frantz    carolyn.frantz@bartlit-beck.com

Martha M. Pacold    martha.pacold@bartlit-beck.com

William F. Hamilton    william.hamilton@hklaw.com

Elizabeth Lewis Bevington    elizabeth.bevington@hklaw.com

John G. Ebken    john.ebken@bipc.com

Jon Taylor Gatto    jon.gatto@bipc.com

S. Manoj Jegasothy    manoj.jegasothy@bipc.com

Samuel W. Braver    samuel.braver@bipc.com

/s Brian W. Warwick