# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**MICHAEL SWIDLER, and**
**JILL SWIDLER,** on behalf of
themselves and all others similarly
situated,

**CLASS REPRESENTATION**

**CASE NO.:** 5:09-cv-181-oc-10GRJ

       **Plaintiffs,**

vs.

**GEORGIA-PACIFIC LLC**
a Delaware limited liability company;
**GEORGIA-PACIFIC GYPSUM LLC**
a Delaware limited liability company;
**GEORGIA-PACIFIC CANADA, ULC** f/k/a
**GEORGIA-PACIFIC CANADA, INC.,**
a Canadian unlimited liability company;
**84 LUMBER COMPANY, L.P.,**
a Pennsylvania corporation, and
**JOHN DOE DEFENDANTS 1-50,**

       **Defendants.**

_____/

## JOINT MOTION TO CONTINUE CASE MANAGEMENT
## AND STATUS CONFERENCE

COME NOW Plaintiffs, MICHAEL and JILL SWIDLER, and
Defendants, GEORGIA-PACIFIC LLC, GEORGIA-PACIFIC GYPSUM
LLC, GEORGIA-PACIFIC CANADA ULC f/k/a GEORGIA-PACIFIC
CANADA, INC., and 84 LUMBER COMPANY, L.P., by and through their

undersigned Counsel, and hereby move this Court for an order continuing the case management and status conference hearing currently scheduled to take place on Wednesday, February 17, 2009 at 10:00 a.m. EST for a period of at least thirty (30) days, and in support thereof state as follows:

1.      This matter was filed as a consumer class action and has been litigated accordingly.   To date, the litigation has progressed toward a decision on class certification.  Discovery has begun and remains pending on several issues related to class certification.

2.      On October 7, 2009, this Court Ordered that a Case Management and Status Conference be held in this matter on February 17, 2010 at 10:00 a.m.  Many of the issues that are to be decided and discussed surround the class certification determination.

3.      Plaintiffs have recently decided to dismiss the class allegations from their Second Amended Complaint and proceed on an individual basis.

4.      Because no class has been certified pursuant to Rule 23, Plaintiffs have the right and ability to dismiss the class allegations with Defendants' consent. Fed. R. Civ. P. 15(a)(2).

5.      As many of the deadlines, dates, and filings set forth in the current Case Management Report involve issues related to class certification, the presently scheduled Case Management and Status

Conference will necessarily be affected by Plaintiffs' dismissal of class allegations.

6.      Counsel from around the country are presently scheduled to travel to Ocala for the Case Management and Status Conference on February 17, 2010.

7.      In order to save the parties and the Court from the expense and effort involved in the preparation for and travel time related to a Case Management and Status Conference that will focus on many issues that will become irrelevant due to the dismissal of class allegations, the parties jointly propose that the February 17, 2010 Case Management and Status Conference be continued for at least thirty (30) days.

8.      This period of time will allow Plaintiffs to file the appropriate pleadings and the parties to consider and discuss how the dismissal of class allegations will affect that Case Management Order currently in place.   A subsequent Case Management and Status Conference can thereafter focus on the changes that need to be made to move the case forward on an individual basis.

9.      This Motion is made in good faith and is not for the purpose of delay and the parties enter into this motion jointly.

### Rule 3.01(g) Certification

10.    Counsel for all parties have conferred and agree to the relief sought in this motion.

**WHEREFORE,** the parties respectfully request an Order from this Court granting the Case Management and Status Conference be continued for at least thirty (30) days.

Dated:  February 11, 2010.

Respectfully submitted,

/s Brian W. Warwick
BRIAN W. WARWICK
Florida Bar No. 0605573
JANET R. VARNELL
Florida Bar No. 0071072
**VARNELL & WARWICK, P. A.**
20 La Grande Boulevard
The Villages, FL  32159
Phone:  (352) 753-8600
Fax:      (352) 753-8606
bwwarwick@aol.com

*Lead Counsel for Plaintiffs*

February 11, 2010.                    /s Adam L. Hoeflich, Esquire
                                      Adam L. Hoeflich, Esquire
                                      **BARTLIT BECK HERMAN**
                                      **PALENCHAR & SCOTT, LLP**
                                      Courthouse Place
                                      54 West Hubbard Street
                                      Suite 300
                                      Chicago, IL  60654
                                      Main:  312-494-4400
                                      Fax:  312-494-4440
                                      adam.hoeflich@bartlit-beck.com

                                      *Lead    Counsel    for    Defendants,*
                                      *Georgia-Pacific    LLC,    Georgia-*
                                      *Pacific Gypsum LLC, and Georgia-*
                                      *Pacific Canada, ULC*


February 11, 2010.                    /s S. Manoj Jegasothy, Esquire
                                      S. Manoj Jegasothy, Esquire
                                      PA Bar No.:  80084
                                      **BUCHANAN INGERSOLL**
                                      **& ROONEY, PC**
                                      One Oxford Centre
                                      20th Floor
                                      Pittsburgh, PA  15219
                                      Tel:  (412) 392-2154
                                      Fax: (412) 392-2128

                                      *Lead Counsel for Defendant*
                                      *84 Lumber, L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and that a true and correct copy of the foregoing has been furnished via electronic mail, to:

Adam L. Hoeflich    adam.hoeflich@bartlit-beck.com

Andrew C. Baak    andrew.baak@bartlit-beck.com

Carolyn J. Frantz    carolyn.frantz@bartlit-beck.com

Martha M. Pacold    martha.pacold@bartlit-beck.com

Vincent S.J. Buccola    vincent.buccola@bartlit-beck.com

William F. Hamilton    william.hamilton@hklaw.com

Elizabeth Lewis Bevington    elizabeth.bevington@hklaw.com

John G. Ebken    john.ebken@bipc.com

Jon Taylor Gatto    jon.gatto@bipc.com

S. Manoj Jegasothy    manoj.jegasothy@bipc.com

Samuel W. Braver    samuel.braver@bipc.com


/s Brian W. Warwick

6